918

No. 91–7370.  FELK v. DUGGER, SECRETARY, FLORIDA DEPART-
MENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 91–7375.  MAQUEIRA v. FLORIDA.  Sup. Ct. Fla.  Certio-
rari denied.

No. 91–7388.  WHITE v. UNITED STATES.  C. A. 11th Cir.  Cer-
tiorari denied.

No. 91–7397.  JACKSON v. UNITED STATES.  C. A. D. C. Cir.
Certiorari denied.

No. 91–7409.  MANNING v. OHIO.  Sup. Ct. Ohio.  Certiorari
denied.

No. 91–7458.  D'AMICO v. UNITED STATES.  C. A. 2d Cir.  Cer-
tiorari denied.

No. 91–7491.  LIMEHOUSE v. UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 91–7561.  SCOTT v. VETERANS ADMINISTRATION ET AL.
C. A. 9th Cir.  Certiorari denied.

No. 91–7566.  WIGHTMAN v. STONE, SECRETARY OF THE ARMY,
ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–7575.  OLATUNJI v. IMMIGRATION AND NATURALIZATION
SERVICE.  C. A. 4th Cir.  Certiorari denied.

No. 91–7588.  K. B. v. N. B.  Ct. App. Tex., 4th Dist.  Certio-
rari denied.

No. 91–7595.  HARRIS v. GRAY ET AL.  C. A. 9th Cir.  Certio-
rari denied.

No. 91–7601.  CALESHU v. MERRILL LYNCH, PIERCE, FEN-
NER & SMITH, INC., ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 91–7602.  GIBBS v. ODEN ET AL.  C. A. 11th Cir.  Certio-
rari denied.